**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JOSEPH JEROME ROSS** **CIVIL ACTION**

**VERSUS** **NO. 26-1111**

**JASON DAGATE, ET AL.** **SECTION "I" (2)**

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation,[1] and the objections[2] by plaintiff, Joseph Jerome Ross, which are hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff Joseph Jerome Ross's § 1983 official-capacity claims against Judges Dagate and Arceneaux are **DISMISSED WITHOUT PREJUDICE** as barred by Eleventh Amendment immunity.

**IT IS FURTHER ORDERED** that Plaintiff's §1983 claims against Judges Dagate and Arceneaux in their personal capacities and against Terrebonne Parish District Attorney Joseph Waitz Jr., and Assistant D.A. Amanda Mustin, are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A(a)–(b), and 1997e(c) as frivolous based on judicial and prosecutorial immunity and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Plaintiff's §1983 claims against Assistant Public Defender Cheleste Gattschalk and Sheriff Timothy Soignet are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A(a)–(b), 1997e(c) as frivolous and otherwise for failure to state a claim for which relief can be granted.

---

[1] Rec. Doc. No. 13
[2] Rec. Doc. Nos. 14 and 15

**IT IS FURTHER ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue habeas relief.

New Orleans, Louisiana, this 14th day of October, 2026.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**